# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD ROBERT SANCHEZ,<br><br>    Defendant. | Case No. 2:23-mj-00379-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 17, 2023 at the hour of 4:00 p.m., be vacated and continued to September 18, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 10th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE